United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 8, 2005**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 03-40748

CYNTHIA BLUM,

Plaintiff - Appellant

VERSUS

SPECTRUM RESTAURANT GROUP - EMPLOYEES GROUP LIFE AND SUPPLEMENTAL
LIFE PLAN; ET AL

Defendants

SPECTRUM RESTAURANT GROUP - EMPLOYEES GROUP LIFE AND SUPPLEMENTAL
LIFE PLAN; HARTFORD LIFE & ACCIDENT INSURANCE CO.; CUSTOM BENEFIT
CONSULTANTS, INC.

Defendants - Appellees

Appeals from the United States District Court
For the Eastern District of Texas
4:02-CV-98

Before DAVIS, JONES, and GARZA, Circuit Judges.

PER CURIAM:[*]

After reviewing the record and considering argument of counsel
and briefs of the parties we are satisfied the district court
committed no reversible error. Accordingly, we affirm the judgment

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in 5TH CIR. R. 47.5.4.

of the district court essentially for the reasons stated in its Memorandum Opinion and Order of April 14, 2003 and April 28, 2003.

AFFIRMED.